George M Churchill
PO Box 164
Lookout, CA 96054 ~~United~~ FEDERAL DISTRICT COURT OF
                              SAN DIEGO

                                              17CV1511 AJB JMA
1  George M CHURCHILL        PLAINTIF/
2     et AL                                   **FILED**
3                  VS                         JUL 2 6 2017
                                              JDY
4  SAN DIEGO POLICE DEPT, SAN DIEGO FAMILY/
   CLERK US DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA
   BY_____ DEPUTY

5  (JUDGES HUGENOR            (OFFICER SARAH
6       D. WHITE AND          FOSTER AND THE
7       DEPUTY Slider         ENTIRE CHAIN OF
            AND
8       OTHERS CITED          COMMAND Above
            IN                HER, FOR FAILING
9       (ASE 0526678)         TO TAKE A
10
11  AND ITS AGENTS, CONTRACTORS  REPORT AT
12  AND ITS elected          HEADQUARTERS
13  HOUSE REPRESENTATIVES     REGARDING MY
14
15  AND SENATORS PAST         REPORTING OF
16  AND PRESENT AS FAR        POTENTIAL
17  BACK AS THE RACKETEERING  KIDNAPPING
18      + CORRUPTION HAS          OF MY
19  BEEN HAPPENING            13 yearOLD
20
21  BEGINS TO EXCUSE STATUTE  DAUGHTER
22      OF                    DEANNA
23  LIMITATIONS TO            KANYER,
24      INSURE TRUTH
25  AND JUSTICE               Both PAST AND PRESENT
26      IS                    POSITION HOLDERS,
27  SERVED                    AND REFUSING TO
28  FINALLY                   +TRANSCRIPTS PROVIDE COURT ORDERS, RECORDS
                              THAT EXIST AND OMITTING
                              ONES THEY DESTROYED FROM THE
                              ~~~~~ 0526678 file DURING NORMAL OPERATING TIMES

DATED JULY 26, 2017

SIGNED George M Churchill

PLAINTIFF ALLEGES RIGHTS BEING VIOLATED AND DUTIES INTENTIONALLY IGNORED TO CAUSE PLAINTIFF INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND OR NEGLECTFUL INFLICTION OF EMOTIONAL DISTRESS OCCURING TODAY JULY 26, 2017 ALL MORNING LONG while INTERFERING WITH PLAINTIFF INVESTIGATION OF CRIMES BEING COMMITED AGAINST The public BY ALL DEFENDANTS IN COLLUSION WITH EACH OTHER

WITNESSES TO BE CALLED AND LISTED PRIOR TO TRIAL DATE WITH SUFFICIENT TIME FOR DEFENDANTS TO prepare FOR THE KARMA LONG OVER DUE THEM.

DAMAGES SOUGHT, $1,000,000,000,000,000 U.S.    (ONE THOUSAND TRILLION dollars)
I CANNOT AFFORD ATTORNEY + will SELF REPRESENT